UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Savannah Division

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

JUL -8 2015

CLERK
SO. DIST. OF GA

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No: 4:12-CR-00084-1 |
| Christopher Michael Bing | ) | |
| | ) | USM No: 96014-071 |
| Date of Original Judgment:  November 19, 2012 | ) | Morad Fakhimi |
| Date of Previous Amended Judgment: N/A | ) | Defendant's Attorney |
| *(Use Date of Last Amended Judgment, if any)* | | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   264   months **is reduced to**                      262 months                      .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided above, all provisions of the judgment dated   November 19, 2012,   shall remain in effect.

**IT IS SO ORDERED.**

Order Date:   July 8, 2015

_____
*Judge's signature*

William T. Moore, Jr.
Judge, U.S. District Court
Southern District of Georgia
_____
*Printed name and title*

Effective Date:  November 1, 2015
*(if different from order date)*