IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CASE NO. 4:12-cr-00084 |
| | ) | |
| Christopher Michael Bing, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## O R D E R

On July 8, 2015, this Court ordered that Defendant's sentence be reduced from 264 months to 262 months, pursuant to 18 U.S.C. § 3582(c)(2). On July 21, 2015, Defendant filed a Motion for Reconsideration of the Court's Order. After careful consideration, Defendant's Motion is **DENIED**.

At the time of sentencing, Defendant's applicable advisory guideline range was 324 to 405 months. The Court sentenced Defendant to 264 months pursuant to an 18 U.S.C. § 3553(a) downward variance. Amendment 782 to the United States Sentencing Guidelines lowered Defendant's advisory guideline range to 262 to 327 months, and Defendant is requesting a comparable downward variance from that amended range. Pursuant to U.S.S.G. § 1B1.10(b)(2)(A), the Court cannot reduce Defendant's term of imprisonment under 18 U.S.C. § 3582(c)(2) to a term that is less than the minimum of the amended guideline range unless Defendant received, at the time of sentencing, a downward departure for substantial assistance to authorities (U.S.S.G. § 5K1.1 motion). In this case, Defendant received no

Christopher Michael Bing
4:12-cr-00084-1
Order on Motion

such departure; as such, his sentence may not be reduced below 262 months.

SO ORDERED this 8th day of September 2015.

_____
WILLIAM T. MOORE, JR.
JUDGE, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA