

# United States District Court
## for the
## Southern District of Georgia
### Savannah Division

United States of America )
)
v. ) 113J 4:12CR00084-1
)
Christopher Michael Bing )

ORDER

Before the Court is Defendant's Motion To Reduce Sentence Pursuant to 18 U.S.C. § 3582 and Amendment 782 to the Federal Sentencing Guidelines. After careful consideration, Defendant's Motion is **DENIED**.

On November 19, 2012, Defendant appeared before the Court for sentencing with an advisory guideline range of 324 to 405 months. The Court varied downward pursuant to the factors in 18 U.S.C. § 3553 and imposed a sentence of 264 months of confinement. On July 8, 2015, the Court, sua sponte, reduced Defendant's sentence to 262 months pursuant to Amendment 782 and 18 U.S.C. § 3582.

Amendment 782 reduced Defendant's guideline range to 262 to 327 months. Pursuant to USSG §1B1.10(b)(2)(A), the Court cannot reduce the term of imprisonment under 18 U.S.C. § 3582 to a term that is less than the minimum of the amended guideline range unless Defendant received, at the time of sentencing, a downward departure pursuant to USSG §5K1.1. No such motion was filed for Defendant.

On July 21, 2015, Defendant filed a Motion for Reconsideration of the Court's order reducing Defendant's sentence to 262 months. On September 8, 2015, the Court denied Defendant's Motion for Reconsideration.

Christopher Michael Bing
4:12CR00084-1
Order of Motion
Page 2

On October 12, 2018, Defendant filed a Motion To Reduce Sentence Pursuant to 18 U.S.C. § 3582 and Amendment 782 to the Federal Sentencing Guidelines. As with Defendant's previous Motion for Reconsideration, he asserts that the reduction granted on July 8, 2015, is not a full sentence reduction.

Nothing has changed since Defendant's sentence was reduced or since his Motion for Reconsideration was denied. USSG §1B1.10(b)(2)(A) directs that the Court cannot reduce the term of imprisonment under 18 U.S.C. § 3582 to a term that is less than the minimum of the amended guideline range. The minimum of the amended guideline range is 262 months, which is the reduction granted by the Court. The only exception to §1B1.10(b)(2)(A) allows the Court to reduce a sentence to below the minimum amended range when a downward departure pursuant to USSG § 5K1.1 is granted at the time the original sentence was imposed. The Government did not file a USSG §5K1.1 motion in Defendant's case. Accordingly, Defendant's sentence may not be reduced below 262 months, and Defendant's Motion to Reduce Sentence is **DENIED**.

SO ORDERED, this 11th day of December, 2018.

_____
Signature of Judge

William T. Moore, Jr.
Judge, U.S. District Court

_____
Name and Title of Judge