IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CHRISTOPHER MICHAEL BING, )
)
    Petitioner, )
)
v. ) CASE NO. CV415-002
) CR412-084
UNITED STATES OF AMERICA, )
)
    Respondent. )
_____)

## O R D E R

Before the Court is Defendant's Motion for Reconsideration. (Doc. 22.)[1] After careful consideration of the record in this case, the Court sees no reason to reconsider its prior order. (Doc. 21.) Accordingly, Defendant's motion is **DENIED**.

SO ORDERED this 25th day of October 2019.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Unless otherwise stated, all citations are to Petitioner's civil docket on this Court's electronic filing system, CV415-002.